JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation;<br><br>    Plaintiff,<br><br>    vs.<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation; SEARS, ROEBUCK AND CO., a New York corporation; MARK EDWARDS APPAREL, INC., a New York corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case  CV 14-08029- ODW(FFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Honorable Otis. D. Wright II |

1

# ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: June 24, 2015

_____
The Honorable Otis D. Wright II
United States District Judge